UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

VU LOC NGUYEN,

                Petitioner,

    v.

LAURA HERMOSILLO, *et al.*,

                Respondents.

CASE NO. 2:26-cv-00335-GJL

ORDER DIRECTING
SUPPLEMENTAL FILING

Currently pending in this action is Petitioner's Emergency Motion for Temporary Restraining Order (TRO). Dkt. 15. In a prior Order, the Court directed Respondents to file a limited response addressing Petitioner's allegation that he is likely to be removed to a third country without process in violation of the permanent injunction in this action. Dkt. 19. In a declaration filed in support of that Motion, Petitioner's counsel represents that they have not received a copy of any valid travel document for Petitioner. Dkt. 16.

Respondents filed a timely response indicating that Petitioner is not scheduled for removal to a third country, but instead is scheduled for removal to Vietnam on May 5, 2026. Dkt. 20. Respondents also submitted a supporting declaration stating that a travel document for

ORDER DIRECTING SUPPLEMENTAL FILING - 1

Vietnam has been issued. Dkt. 21. Respondents have not, however, filed a copy of the referenced travel document with the Court. *See docket*.

Thus, the Court requires a supplemental filing from Respondents before resolving the TRO Motion and **ORDERS** as follows:

1.   Respondents **SHALL** file a copy of Petitioner's travel document for removal to Vietnam **no later than the close of business today**. The travel document **MUST** be filed **at least 12-hours before Petitioner's scheduled removal to Vietnam**.

2.   To preserve the status quo and to ensure compliance with the Court's permanent injunction, Respondents **SHALL NOT** remove Petitioner **UNLESS and UNTIL** a valid travel document for his removal to Vietnam is filed with the Court. *See A.A.R.P. v. Trump*, 605 U.S. 91, 97 (2025) (federal courts have "the power to issue injunctive relief to prevent irreparable harm to the applicants and to preserve [ ] jurisdiction over the matter."). If Petitioner is removed before the Court resolves the pending TRO Motion, Respondents **SHALL** file a declaration (and documentary support) affirming their compliance with the requirements of this Order and the permanent injunction **within 24-hours of Petitioner's removal**.

Dated this 4th day of May, 2026.

Grady J. Leupold
United States Magistrate Judge

ORDER DIRECTING SUPPLEMENTAL FILING - 2